**Anthony PERFILIO, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2006–3369.

United States Court of Appeals, Federal Circuit.

June 18, 2007.

*ORDER*

On May 25, 2007, the court allowed the parties 14 days to object to the dismissal of this appeal due to settlement. No objection has been submitted within the time allowed.

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

**Judith C. NICHOLS, (now known as Judith C. Calhoun), Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2006–3404.

United States Court of Appeals, Federal Circuit.

June 19, 2007.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.